```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A04-0185--CV (JKS)
                 "WASSER & WINTERS CO V RITCHIE BROS"

        Including terminated parties, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 08/25/04
             Closed: 11/30/05

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (190) Other contract actions

             Origin: (2) Removed from State Court
             Demand: 331
         Filing fee: Paid $150.00 on 08/25/04 receipt # 00123850
           Trial by: Jury
```

Parties of Record:                        Counsel of Record:

PLF 1.1        WASSER & WINTERS CO             Patrick B. Gilmore
                                               Atkinson Conway et al
                                               420 L Street, Suite 500
                                               Anchorage, AK 99501
                                               907-276-1700
                                               FAX 907-272-2082

DEF 1.1        RITCHIE BROS AUCTIONEERS (AMERICA)   Michael R. Mills
               INC                                  Dorsey & Whitney LLP
                                                    1031 West Fourth Avenue
                                                    Suite 600
                                                    Anchorage, AK 99501-5907
                                                    907-276-4557
                                                    FAX 907-276-4152

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A04-0185--CV (JKS)
                               "WASSER & WINTERS CO V RITCHIE BROS"

                                        For all filing dates
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 08/25/04
            Closed: 11/30/05

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (190) Other contract actions

            Origin: (2) Removed from State Court
            Demand: 331
       Filing fee: Paid $150.00 on 08/25/04 receipt # 00123850
          Trial by: Jury


 Document #   Filed      Docket text

     1 -  1   08/25/04   DEF 1 Notice of Removal w/att exhs.

     1 -  2   08/25/04   PLF 1 Jury Demand.

     2 -  1   08/25/04   DEF 1 Certificate of filing.

     3 -  1   08/25/04   DEF 1 verification of state court records.

     4 -  1   08/25/04   DEF 1 Attorney Appearance of Michael Mills.

     5 -  1   08/25/04   DEF 1 Disclosure Statement.

     6 -  1   08/25/04   DEF 1 Service List.

     7 -  1   08/25/04   DEF 1 Notice of related bankruptcy  case.

     8 -  1   08/26/04   JKS Minute Order To Petitioner Subsequent to Removal.  Petitioner to
                         file copies of state court docs and svc list w/i 10 days. cc: cnsl

     9 -  1   09/08/04   DEF 1 Notice of filing state crt record & svc list w/notice of removal.

    10 -  1   09/08/04   PLF 1 motion to compel responses to interrogatories w/att exhs.

    11 -  1   09/10/04   DEF 1 motion to refer lawsuit to bankruptcy court.

    12 -  1   09/16/04   PLF 1 opposition to DEF 1 motion to refer lawsuit to bankruptcy court
                         (11-1).

    12 -  2   09/16/04   PLF 1 motion (cross) to remand.

    13 -  1   09/23/04   DEF 1 reply to opposition to DEF 1 motion to refer lawsuit to bankruptcy
                         court (11-1) w/att exhs.

    14 -  1   09/29/04   DEF 1 opposition to PLF 1 motion to compel responses to interrogatories
                         (10-1) w/att exhs.

    14 -  2   09/29/04   DEF 1 motion for protective order w/att exhs.
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A04-0185--CV (JKS)
                              "WASSER & WINTERS CO V RITCHIE BROS"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 09/30/04 | DEF 1 notice of flg facsimile copy of declartion of Karl Werner in support of oppo to PLF 1 motion to compel responses to interrogatories (10-1) and to DEF 1 motion for protective order (14-2). w/att exhs. |
| 16 - 1 | 10/01/04 | PLF 1 reply to opposition to PLF 1 motion to compel responses to interrogatories (10-1) w/att exhs. |
| 16 - 2 | 10/01/04 | PLF 1 opposition to DEF 1 motion for protective order (14-2) w/att exhs. |
| 17 - 1 | 10/01/04 | DEF 1 opposition to PLF 1 motion (cross) to remand (12-2) w/att exhs. |
| 18 - 1 | 10/01/04 | DEF 1 Notice of flg original declaration of Karl Werner in support of oppo re: PLF 1 motion to compel responses to interrogatories (10-1) & DEF 1 motion for protective order (14-2) w/att exhs. |
| 19 - 1 | 10/05/04 | DEF 1 supplemental reply to opposition to DEF 1 motion to refer lawsuit to bankruptcy court (11-1) w/att exh. |
| 20 - 1 | 10/05/04 | PLF 1; DEF 1 Scheduling and Planning Report. |
| 21 - 1 | 10/07/04 | JKS Minute Order denying motion to compel responses to interrogatories (10-1), motion (cross) to remand (12-2), motion for protective order (14-2); granting motion to refer lawsuit to bankruptcy court (11-1); ck to transfer file to US Bankruptcy crt for further proceedings. cc: cnsl, Bkcy ck |
| 22 - 1 | 10/07/04 | DEF 1 reply to opposition to DEF 1 motion for protective order w/att exhs. (14-2). |
| 23 - 1 | 10/08/04 | PLF 1 reply to opposition to PLF 1 motion (cross) to remand (12-2). |
| 23 - 2 | 10/08/04 | PLF 1 opposition to DEF 1 motion for protective order (14-2). |
| 24 - 1 | 09/29/05 | Bankruptcy Court on its own motion to remove bankruptcy referral of Adv Case No A04-9044-DMD [formerly U.S.D.C. Case A04-0185-CV (JKS)]. |
| NOTE - 1 | 09/30/05 | Notation: letter of transmittal received from Bankruptcy of its own motion to remove bankruptcy referral of Adv Case No A04-9044-DMD [formerly U.S.D.C. Case A04-0185-CV (JKS)]. cc: cnsl |
| 25 - 1 | 10/11/05 | JKS Minute Order granting motion to remove bankruptcy referral of Adv Case No A04-9044-DMD [formerly U.S.D.C. Case A04-0185-CV (JKS)] (24-1). cc: cnsl, Bankruptcy court |
| 26 - 1 | 10/11/05 | JKS Minute Order re cnsl for plf to confer w/cnsl for def & file w/in 15 days a jnt rpt as to the status of this case as directed. cc: cnsl |
| 27 - 1 | 10/19/05 | PLF 1 Notice of pending motions. |
| 28 - 1 | 10/19/05 | PLF 1 Response of Notice of Withdrawal of Reference to U.S. District Court and Order. |
| 29 - 1 | 10/19/05 | PLF 1 motion to remand and for award of fees. |
| 30 - 1 | 11/07/05 | DEF 1 non-opposition to PLF 1 motion to remand and for award of fees (29-1). |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A04-0185--CV (JKS)
                              "WASSER & WINTERS CO V RITCHIE BROS"

                                       For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 31 - 1 | 11/10/05 | PLF 1 reply to opposition to PLF 1 motion to remand and for award of fees (29-1). |
| 32 - 1 | 11/14/05 | DEF 1 Notice of filing proposed order. |
| 33 - 1 | 11/30/05 | JKS Minute Order granting mot to remand & denying mot for award of fees (29-1). cc: cnsl |
| 34 - 1 | 11/30/05 | JKS Judgment that case is remanded to state crt & not atty fees shall be ord. cc: cnsl, O&J 11910 |